## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHNATHAN M. PROCTOR, | : | Civil No. 1:21-CV-00323 |
| Petitioner, | : | |
| v. | : | |
| ROBERT MARSH, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 26th day of May, 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The petition for writ of habeas corpus filed under 28 U.S.C. § 2254, Doc. 1, is **DISMISSED**.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
